# EXHIBIT B

| US7916877B2 | The Singing Machine Company – SDL2093 STUDIO ("The Accused Product") |
|---|---|
| 17. A method of operation for a switching component forming a part of a modular audio unit comprising an inter-unit communication component providing inter-unit communications with at least one peer system, comprising: | The accused product practices a method of operation for a switching component (e.g., the component of the accused product which switches the input source from an Line in jack to Bluetooth, or vice versa, among other possible switching scenarios) forming a part of a modular audio unit (e.g., the accused product) comprising an inter-unit communication component (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices) providing inter-unit communications (e.g., Bluetooth communication) with at least one peer system (e.g., a smartphone).  https://singingmachine.com/collections/products/products/studio-all-in-one-entertainment-system-with-auto-tune |

## Operation

### Using a Bluetooth Device



1. Connect the unit as described previously. Press the **STANDBY/ON** button to turn the unit on.

2. Press the **Navigation** ▶ Right or ◀ Left button to select the Bluetooth mode, then press the **ENTER ▶ II** button; the Function indicator will light blue.
**Note:** Bluetooth pairing mode can be entered at anytime by pressing the **PAIR** button. You can also repeatedly press the **FUNCTION** button to select the Bluetooth mode. The Bluetooth indicator will blink to show the unit is ready to pair and "Please connect your Music Device" will appear in the monitor.

3. Turn on your device's Bluetooth option in settings to search for a discoverable device with a Bluetooth signal. Select "**Singing Machine STUDIO**" from the device results on the Bluetooth menu.

https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf

| | |
|---|---|
| | 

## Operation

### Using the LINE IN Jack

1. Connect the unit as described previously. Press the **STANDBY/ON** button to turn the unit on.

2. Connect the external unit to the **LINE INPUT** Jack using a 3.5mm auxiliary audio cable (not included). Connecting an external unit will allow the audio to be played through your Singing Machine.

**Notes:**
- It is highly recommended to set the volume on the auxiliary unit to 1/3 or lower to avoid distortion.
- Skipping files/tracks is not possible in this unit when using an external device.

https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf |
| receiving first signals corresponding to first entertainment content from a player device; | The accused product practices receiving first signals (e.g., Line in jack signals) corresponding to first entertainment content (e.g., content from external audio player via Line in jack) from a player device (e.g., external audio device). |

| |
|---|
| **Product features**  Specifications   Where to buy   Manuals |
| • First ever Karaoke machine featuring **official** Auto-Tune® software with ARM processor for pitch-correction vocal processing |
| • 25+ hour rechargeable battery |
| • Stream thousands of karaoke songs on demand with the Singing Machine Free Mobile Karaoke *App for iOS and Android devices! |
| • Records vocal performances via the Singing Machine Mic Guy USB (MP3) |
| • Secure resting cradle fits a variety of mobile devices |
| • Supports two microphones for duets (Additional mic Sold Separately) |
| • Fourteen Auto-Tune® genre effects with varying intensity: Pop, Hip-Hop, Rock Alternative, Concert Hall, Grunge and Country |
| • Plays full motion Hi-Def karaoke videos from USB (MP4) |
| • An 8" full-range woofer and 3" tweeter for dynamic full-range sound |
| • Digital power amplified with over 150 watts dynamic peak power output |
| • HDMI output jack to connect to your TV for HD scrolling lyrics and user interface |
| • <u>Line-in to connect to your personal smartphone, tablet, MP3 or other audio devices</u> |
| • Bonus 10 free HD karaoke videos! |
| https://singingmachine.com/collections/products/products/studio-all-in-one-entertainment-system-with-auto-tune |



## Operation

### Using the LINE IN Jack

1. Connect the unit as described previously. Press the **STANDBY/ON** button to turn the unit on.

2. Connect the external unit to the **LINE INPUT** Jack using a 3.5mm auxiliary audio cable (not included). Connecting an external unit will allow the audio to be played through your Singing Machine.

**Notes:**
- It is highly recommended to set the volume on the auxiliary unit to 1/3 or lower to avoid distortion.
- Skipping files/tracks is not possible in this unit when using an external device.

https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf

| | |
|---|---|
| | <br>https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf |
| receiving second signals corresponding to second entertainment content | The accused product practices receiving second signals (e.g., audio signals via Bluetooth from a smartphone) corresponding to second entertainment content (e.g., audio content from the Bluetooth paired |

| | |
|---|---|
| from the inter-unit communication component; and | smartphone) from the inter-unit communication component (e.g., Bluetooth chip of SDL2093 for communication with other Bluetooth devices).<br><br>Music aficionados, rejoice! For the first time ever, have the magic of official Auto-Tune ® at your fingertips for ANY performance. Experience Auto-Tune®'s natural pitch correction, as well as the fun of its extreme retune effect. Explore a selection of Auto-Tune® studio-quality vocal effects to enhance your performances! And if you feel adventurous, our built-in software allows you to create your personal effect preset; simply connect The STUDIO to your TV via HDMI cable (not included) to practice your sound engineering skills. The STUDIO comes packed with a full suite of features, such as powerful Bluetooth speaker and performance recording capability, as well as a rechargeable battery for hours of on-the-go fun. Connect your keyboard or guitar to the external input jack and the world will become your stage. Experience the music industry's gold standard in vocal improvement software with the new Singing Machine's Studio!<br><br>https://singingmachine.com/collections/products/products/studio-all-in-one-entertainment-system-with-auto-tune |

| | |
|---|---|
| | 
## Operation
### Using a Bluetooth Device

1. Connect the unit as described previously. Press the **STANDBY/ON** button to turn the unit on.
2. Press the **Navigation** ▶ Right or ◀ Left button to select the Bluetooth mode, then press the **ENTER ▶ ❙❙** button; the Function indicator will light blue.
   **Note:** Bluetooth pairing mode can be entered at anytime by pressing the **PAIR** button. You can also repeatedly press the **FUNCTION** button to select the Bluetooth mode. The Bluetooth indicator will blink to show the unit is ready to pair and "Please connect your Music Device" will appear in the monitor.
3. Turn on your device's Bluetooth option in settings to search for a discoverable device with a Bluetooth signal. Select "**Singing Machine STUDIO**" from the device results on the Bluetooth menu.

https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf |
| selectively outputting the first signals and the second signals to a playback component | The accused product practices selectively outputting the first signals (e.g., audio signals via Line in jack from a external audio device) and the second signals (e.g., audio content from the Bluetooth paired smartphone) to a playback component (e.g., Headphones) wherein the player device (e.g., external audio device) and the playback component (e.g., Headphones) are separate from one another and wherein both |

| | |
|---|---|
| wherein the player device and the playback component are separate from one another and wherein both the player device and the playback component are external to the modular audio unit. | the player device and the playback component are external to the modular audio unit (e.g., the accused product).<br><br>As shown below, playback component (e.g., Headphones), player device (e.g., external audio device), and modular audio unit (e.g., the accused product) are all individual separate components.<br><br>Connecting Headphones<br><br><br><br>For private listening or to monitor singing, use headphones (not included). Insert headphones into the Headphones jack ❶. The headphones have a dedicated Volume control so rotate the **HEADPHONE VOLUME** control ❷ as desired.<br><br>The Headphones jack can also be used as an audio out to connect to another audio system using a 3.5mm Auxiliary Audio cable (not included).<br><br>https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf |



https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf

As shown below, the modular unit receives signal from external audio device in the form of a first signal (e.g., Line in jack signal), and also from Bluetooth paired smartphone in the form of the second signal (e.g., received Bluetooth signal).



https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf

| | |
|---|---|
| | 
https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf |
| 19. The method of claim 17 wherein the playback component comprises a speaker. | The playback component utilized by the accused product comprises a speaker (e.g., Headphones). |

**Connecting Headphones**



For private listening or to monitor singing, use headphones (not included). Insert headphones into the Headphones jack ❶. The headphones have a dedicated Volume control so rotate the **HEADPHONE VOLUME** control ❷ as desired.

The Headphones jack can also be used as an audio out to connect to another audio system using a 3.5mm Auxiliary Audio cable (not included).

https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf



https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf

| | |
|---|---|
| 20. The method of claim 17 wherein the second | The second entertainment content is entertainment content (e.g., audio content from the Bluetooth paired smartphone) received by the inter-unit communication component from a peer system (e.g., Bluetooth |

| | |
|---|---|
| entertainment content is entertainment content received by the inter-unit communication component from a peer system from the one or more peer systems, and selectively outputting comprises outputting the second signals corresponding to the second entertainment content received from the peer system to the playback component. | chip of the accused product for communication with other Bluetooth devices)) from the one or more peer systems (e.g., various Bluetooth based devices ), and selectively outputting comprises outputting the second signals (e.g., received Bluetooth signals) corresponding to the second entertainment content (e.g., audio content from the Bluetooth paired smartphone) received from the peer system (e.g., the smartphone) to the playback component (e.g., Headphones).  |

https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf



**Connecting Headphones**

For private listening or to monitor singing, use headphones (not included). Insert headphones into the Headphones jack ❶. The headphones have a dedicated Volume control so rotate the **HEADPHONE VOLUME** control ❷ as desired.

The Headphones jack can also be used as an audio out to connect to another audio system using a 3.5mm Auxiliary Audio cable (not included).

https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf



https://fccid.io/2AAXO-SDL-2093/User-Manual/user-manual-3926364.pdf